UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT KESSLER,

        Plaintiff,

    v.

JRC STATION LLC,

        Defendant.

Cause No. C20-1757RSL

ORDER STRIKING ANSWER

This matter comes before the Court on "Plaintiff's Motion to Strike Defendants Answer DE 4." Dkt. # 6. On December 24, 2020, Duke Ahn submitted an answer on behalf of defendant, JRC Station LLC. Dkt. # 4. "Corporations and other unincorporated associations must appear in court through an attorney." *Licht v. Am. W. Airlines*, 40 F.3d 1058, 1059 (9th Cir. 1994). There is no indication that Mr. Ahn is an attorney licensed to practice law in this district or that defendant is otherwise represented by counsel. The answer Mr. Ahn filed is therefore STRICKEN. The Court will not consider, and plaintiff need not respond to, Dkt. # 4. The defendant shall have 21 days from the date of this Order to acquire counsel and respond to the Complaint.

Dated this 19th day of January, 2021.

Robert S. Lasnik
United States District Judge

ORDER STRIKING ANSWER- 1