1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| ROBERT KESSLER, <br><br> Plaintiff, <br><br> -vs- <br><br> JRC STATION LLC <br><br> Defendant. | Cause No. 2:20-cv-1757RSL <br><br><br> ORDER |

The Court, having considered Defendant's Motion for Extension of Time to File a Responsive Pleading to Plaintiff's Complaint, and any response or reply thereto, if any, hereby GRANTS the motion and Defendant's time to file a responsive pleading to the Complaint is extended until March 11, 2021.

Dated this 16th day of February, 2021.

Robert S. Lasnik
United States District Judge