UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT KESSLER,

            Plaintiff,

      v.

JRC STATION LLC,

            Defendant.

Cause No. C20-1757RSL

ORDER OF DISMISSAL

    This matter comes before the Court on plaintiff's "Unopposed Motion to Dismiss Without Prejudice." Dkt. # 11. The above-captioned matter is hereby DISMISSED without prejudice.

    Dated this 23rd day of March, 2021.

*MₙₐS Casnik*

Robert S. Lasnik
United States District Judge

ORDER STRIKING ANSWER- 1